UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 JUN 20  PM 4: 37
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | CRIMINAL NO. _____ |
| Plaintiff, | § § | **A12CR 249 SS** |
| v. | § § | **INFORMATION** |
| HIGINIO O. OCHOA, III, <br> a.k.a. "w0rmer" <br> a.k.a. "@Anonw0rmer" <br> a.k.a. "@higochoa" | § § § § § | [Vio: 18 U.S.C. §§ 1030(a)(5)(B) & (c)(4)(A)(i)(I) – Accessing a Protected Computer Without Authorization] |
| Defendant. | § | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
Accessing a Protected Computer Without Authorization
[18 U.S.C. §§ 1030(a)(5)(B) & (c)(4)(A)(i)(I)]

In or about February 2012, in the Western District of Texas and elsewhere, the Defendant,

**HIGINIO O. OCHOA, III,**
a.k.a. "w0rmer"
a.k.a. "@Anonw0rmer"
a.k.a. "@higochoa"

did intentionally access and attempt to access protected computers, namely, one or more computers used by the Texas Department of Public Safety; one or more computers used by the West Virginia Chiefs of Police Association; one or more computers used by the Alabama Department of Public Safety; and one or more computers used by Houston County, Alabama, without authorization, and as a result of such conduct recklessly caused damage and caused loss to the Texas Department of

Public Safety, the West Virginia Chiefs of Police Association, the Alabama Department of Public Safety, and Houston County, Alabama, during the one-year period from March 22, 2011, through March 21, 2012, aggregating $5000 or more in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(B) and (c)(4)(A)(i)(I).

ROBERT PITMAN
United States Attorney

By: MATTHEW B. DEVLIN
Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, Texas  78701
(512) 916-5858
Fax  (512) 916-5854
State Bar No. 00795012