**FILED**
JUN 25 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: AU:12-CR-00249(1)-SS |
| (1) Higinio O. Ochoa III<br>*Defendant* | § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED. R. CRIM. P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, (1) Higinio O. Ochoa III, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 25th day of June, 2012.

_____
Jose I. González-Falla
*Attorney for Defendant*

_____
Matthew B. Devlin
*Assistant U.S. Attorney*

_____
(1) Higinio O. Ochoa III
*Defendant*