# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**FILED**
JUN 25 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: AU:12-CR-00249(1)-SS |
| | § | |
| (1) Higinio O. Ochoa III | § | |
| *Defendant* | | |

## ORDER OF REFERRAL

Having considered the defendant's consent, this cause is hereby referred to United States Magistrate Judge MARK LANE for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to the final approval and imposition of sentence by this court.

SIGNED this 25th day of June, 2012.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE