UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JUN 25 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: AU:12-CR-00249(1)-SS |
| | § | |
| (1) Higinio O. Ochoa III | § | |

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/25/12

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jose I. Gonzalez-Falla
*Printed name of defendant's attorney*

_____
*Judge's signature*

MARK LANE,
U.S. MAGISTRATE JUDGE
*Judge's printed name and title*