IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

-vs-                                                          CAUSE NO. A-12-CR-249-SS

HIGINIO O. OCHOA III

### ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 26, 2012, wherein the defendant Higinio O. Ochoa III waived appearance before this Court and appeared before the United States Magistrate Judge Mark Lane for the taking of a felony guilty plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Higinio O. Ochoa III to the Report and Recommendation, the Court enters the following order:

IT IS THEREFORE ORDERED that the defendant Higinio O. Ochoa III's plea of guilty to Count 1 is accepted.

SIGNED this the 24th day of August 2012.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE